# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JUAN CARLOS CORTEZ-CONTRERAS BOP Reg. # 16418-003, Movant, v. UNITED STATES OF AMERICA, Respondent. | ) ) ) ) ) CIVIL ACTION NO. 17-00278-WS ) )CRIMINAL ACTION NO. 16-00134-WS-N ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 42[1]) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated February 14, 2018, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant Juan Carlos Cortez-Contreras's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docs. 33, 34) is **DENIED** and **DISMISSED with prejudice**. It is further **ORDERED** that Cortez-Contreras is not entitled to a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Cortez-Contreras is not entitled proceed *in forma pauperis* on appeal.

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.

**DONE** and **ORDERED** this the 20th day of March, 2018.


                                              **s/WILLIAM H. STEELE**
                                              **UNITED STATES DISTRICT JUDGE**